UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        CASE NO. 3:23cr94-MCR

ALEX A BARRIOS,

    Defendant.
_____/

## ORDER

Defendant Alex A. Barrios was charged in this District on November 14, 2023, in a five-count indictment with various serious drug trafficking offenses. ECF No. 1. Barrios was arrested in the Eastern District of California, and on February 20, 2023, a magistrate judge ordered his release on certain conditions following a detention hearing. *See United States v. Barrios*, Case No. 2:24mj19-JDP, ECF No. 4 (E.D. Cal. Feb. 20, 2024). The Government has filed a motion with this Court, seeking expedited review of the release order and a stay of release pending review.

The Government alleges that Barrios is part of a California/Mexican drug trafficking organization that has operated since at least 2016, and that between January and June 2023, Barrios was responsible for shipping large quantities of

dangerous drugs into Northwest Florida.[1]  The Government notes that Barrios currently also faces similar charges in the Eastern District of Missouri.  *See United States v. Cummings & Barrios*, Case No. 4:23cr655 (E.D. Mo.).  The magistrate judge ordered Barrios released to a specific drug treatment center ("when bed is available"), which the Government maintains is not a secure facility and does not allow for electronic monitoring.  The Government has requested the audio recording of the detention hearing, asks this Court to expedite review of the release order and stay the release pending that review, and also argues that the release order should be revoked on grounds that Barrios is a risk of nonappearance in this District and a danger to the community.  ECF No. 12.

The Court is mindful of its obligation to promptly review the order of release, *see* 18 U.S.C. § 3145(a); however, that obligation must be balanced against Barrios's right to respond to the Government's motion. The Court will therefore stay the order of release pending an expedited review and defer ruling until the matter is fully briefed.

---

[1] The Government represents that other members of this same criminal drug trafficking organization have already been prosecuted in this District.  *See United States v. Barrios, et al.*, Case No. 3:17cr2/RV; *United States v. Nguyen, et al.,* Case No. 3:18cr3/MCR, and *United States v. Barrios, et al.*, Case No. 3:18cr114/RV.

CASE NO. 3:23cr94-MCR

Accordingly, the Government's Motion for Expedited Review of Order of Release and Stay of Order of Release Pending Review, ECF No. 12, is **GRANTED in part** and **DEFERRED in part** as follows:

1. The request for expedited review and for a stay pending review of the magistrate judge's order releasing Defendant Alex A. Barrios to "Well Space when bed is available" is **GRANTED**. The February 20, 2024, order of release by Magistrate Judge Jeremy D. Peterson in *United States v. Barrios*, Case No. 2:24mj19-JDP, ECF No. 4 (E.D. Cal.) is **STAYED** pending review by this Court.

2. The Court **DEFERS** ruling on the Government's motion to revoke the order of release until this matter has been fully briefed by both sides.

3. Pursuant to the Warrant issued by this Court on November 15, 2023, the United States Marshals Service is directed to promptly remove Barrios from the Eastern District of California and transport him to the Northern District of Florida to appear before this Court no later than **March 4, 2024.**

4. Once Barrios has appeared in this District and has counsel, the Court will grant him an opportunity to respond to the Government's motion to revoke the magistrate judge's release order. In the meantime, the Court will review the transcript of the detention hearing to determine whether a further detention hearing

CASE NO. 3:23cr94-MCR

in this District is warranted.

**DONE AND ORDERED** this 21st day of February 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 3:23cr94-MCR